# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Luna and Irene Lopez,<br><br>    Plaintiffs,<br><br>v.<br><br>Taurus International Manufacturing, Inc., and Taurus Holdings, Inc.,<br><br>    Defendants. | Case No.: 2:24-cv-02971-DWL<br><br>**DECLARATION OF BRET VORHEES** |

I, Bret Vorhees, declare as follows:

1. My name is Bret Vorhees, and I am over the age of eighteen years of age, of sound mind, and otherwise competent to give this Declaration. The facts stated below are true and correct to the best of my knowledge, information, and belief.

2. I am the Chief Executive Officer of Taurus Holdings, Inc. ("Holdings"). Holdings owns various companies that import, design, manufacture, assemble, and then sell firearms in the United States of America through the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives-sanctioned system, that is, by sale to independent federally-licensed distributors or dealers. None of the companies owned by Holdings sell firearms to consumers.

3. One such company owned by Holdings is Taurus International Manufacturing, Inc. ("TIMI"). I am the Chief Executive Officer of TIMI.

4.  Based on my duties for Holdings and TIMI, I am personally knowledgeable about each company's business and the facts set forth below.

5.  Holdings is a Georgia corporation with its principal and only place of business in Bainbridge, Georgia.

6.  TIMI is a Georgia corporation with its principal and only place of business in Bainbridge, Georgia.

7.  Holdings owns all of the shares of TIMI.

8.  Holdings does not have a Federal Firearms License ("FFL"), and therefore cannot legally and does not design, import, manufacture, assemble, test, package, sell, transfer, ship, label, advertise, promote, market, warrant, or repair firearms in any way.

9.  TIMI holds a Type 7 "Manufacturer of Firearms Other than Destructive Devices" FFL. TIMI also holds a Type 8 "Importer of Firearms Other than Destructive Devices" FFL.

10. The firearms that TIMI imports, manufactures, or assembles, including Taurus-branded GX4 pistols assembled by TIMI, are sold by TIMI from Georgia to federally-licensed distributors and dealers throughout the United States. TIMI does not sell firearms directly to consumers. The distributor and dealer customers of TIMI are owned by individuals or entities not connected to TIMI or Holdings; they are not owned or controlled by Holdings or TIMI. After it sells firearms to a distributor or dealer, TIMI is not involved with, does not determine, and does not control where the firearms are then sold to retail consumers.

11. I am one of the Responsible Persons on TIMI's FFLs. In that role, I am ultimately responsible for all aspects of TIMI's import and manufacture of firearms in the United States, including adherence to and compliance with a myriad of U.S. federal and state rules and regulations governing the firearms industry.

12. More specifically, one of my responsibilities is to ensure that TIMI complies with 27 C.F.R. §§ 478.101 & 123, which require a licensee to "record . . . the type, model, caliber or gauge, and serial number . . . of each firearm manufactured or otherwise acquired" and thereafter maintain, a Firearms Acquisition & Disposition Record Book—known in the industry as an "A&D" or "A&D Book." This same federal regulation also requires a licensee to record a disposition or transfer of the firearm in like manner.

13. TIMI has permission from the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives' Director of Industry Operations to maintain its A&D electronically.

14. I have been informed that this lawsuit involves a Taurus GX4 pistol bearing serial number 1GA81175 the ("Subject Pistol").

15. Attached as **Exhibit A** is a true and correct copy of the A&D entry showing TIMI's acquisition of the Subject Pistol on February 21, 2022, and TIMI's disposition of the Subject Pistol to Lipsey's, Inc., located at 7277 Exchequer Drive, Baton Rouge, Louisiana 70809, on February 22, 2022.

16. Although owned by Holdings, TIMI is a separate, distinct, and independent corporation. The separate corporate identities of Holdings and TIMI have been maintained.

17. TIMI is adequately capitalized.

3

18. Holdings and TIMI maintain separate and independent boards of directors, by-laws, minutes, corporate records, financial records, and bank accounts.

19. Holdings and TIMI do not treat the assets of one entity as the assets of the other.

20. Holdings does not direct the day-to-day operations of TIMI.

21. Holdings is not a shell or sham corporation of TIMI. And TIMI is not a shell or sham corporation of Holdings.

22. The limited warranties covering Taurus-branded firearms are offered by and honored by TIMI.

23. Holdings does not have any employees, officers, directors, agents, managers, salespersons, offices, business or manufacturing facilities, inventory, assets, telephone numbers, bank accounts, or other personal property in the State of Arizona. Holdings has never owned, leased, occupied, or otherwise held any interest in any real property located in the state of Arizona.

24. Holdings, as well as the companies it owns such as TIMI, are not authorized, licensed, or registered with the Arizona Secretary of State to conduct business in the State of Arizona.

25. Further, TIMI itself does not have any employees, officers, directors, agents, managers, salespersons, offices, business or manufacturing facilities, inventory, assets, telephone numbers, bank accounts, or other personal property in the State of Arizona. TIMI has never owned, leased, occupied, or otherwise held any interest in any real property located in the State of Arizona.

26. TIMI did not assemble the GX4 model pistol specifically for use in Arizona.

27. TIMI does not direct its marketing or advertising for the GX4 model pistol directly to Arizona or Arizona residents.

28. Any warranty work for Taurus-branded firearms, such as the GX4 pistol, is performed at TIMI's facility in Georgia.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this  4th  day of February, 2025.

Bret Vorhees

# EXHIBIT A

## Serial Search For Serial #: 1GA81175

| Transaction History Results | | | | | |
|---|---|---|---|---|---|
| Serial # | Sys \| Doc | Origin \| FFL | Mfg \| Name | Model \| Date | Entity \| Address |
| 1GA81175 | GP10-2004M | USA | Taurus Int. Mfg,.Inc | 1-GX4M931 | 1-58-087-07-2F-14382 |
| Acquisition >> | 00000000000326276 | 58-14382 | Taurus | 2/21/2022 | Taurus 100 Taurus Way  Bainbridge, GA 39817 |
| Disposition >> | 02-SLSDIS00309046 | 72-09424 | LIPSEY S INC. | 2/22/2022 | LIPSEY S INC. 7277 EXCHEQUER DRIVE  BATON ROUGE, LA 708090000 |

| Microfische Results | |
|---|---|
| Serial # | Microfische |

| Acquisition Results | | | | | |
|---|---|---|---|---|---|
| Serial # | Doc | FFL | Name | Date | Address |
| 1GA81175 | 00000000000326272 | | | 2/21/2022 | , |
| 1GA81175 | 00000000000326276 | 58-14382 | Taurus | 2/21/2022 | 100 Taurus Way  Bainbridge, GA 39817 |

| Repair Results | | | | |
|---|---|---|---|---|
| Serial # | SO # \| Rcv \| Ship | Status \| Tracking In \| Out | Model | Last Location \|  Name  \| Address |

| Current Inventory Results | | | | |
|---|---|---|---|---|
| Serial # | Doc \| Location | FFL \| Cal-Ga | Name \| Mfg | Model \| Type | Acquisition |