**THORPE SHWER, P.C.**
Ryan S. Patterson (No. 020889)
Matthew T. St. Martin (No. 034037)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Tel: (602) 682-6100
Email: rpatterson@thorpeshwer.com
Email: mstmartin@thorpeshwer.com
Email: docket@thorpeshwer.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Luna and Irene Lopez,<br><br>Plaintiffs,<br><br>v.<br><br>Taurus International Manufacturing, Inc.,<br><br>Defendant. | Case No.: 2:24-cv-02971-DWL<br><br>**NOTICE OF SETTLEMENT** |

    The parties in the above-captioned lawsuit have reached an agreement to settle this lawsuit. Plaintiffs expect to file a dismissal with prejudice within 60 days.

    Respectfully submitted, this 14th day of November, 2025.

*/s/ John F. Weeks IV*
John F. Weeks IV (*Pro Hac Vice*)
Steven A. Vickery (*Pro Hac Vice*)
SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree Street NE, Suite 1000
Atlanta, GA 30309
Telephone:   (404) 815-3500
Email:        jweeks@sgrlaw.com
              svickery@sgrlaw.com

Ryan S. Patterson (No. 020889)
Matthew T. St. Martin (No. 034037)
THORPE SHWER, P.C.
3200 North Central Avenue, Suite 1560
Phoenix, AZ 85012
Telephone:   (602) 682-6100
Email:        rpatterson@thorpeshwer.com
              mstmartin@thorpeshwer.com
*Counsel for Defendant*
*Taurus International Manufacturing, Inc.*

*/s/ Thomas F. Friedberg (w/ permission)*
Matthew J. Ford, *pro hac vice*
David L. Selby, II, *pro hac vice*
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
mford@baileyglasser.com
dselby@baileyglasser.com

Thomas F. Friedberg, *pro hac vice*
FRIEDBERG & BUNGE
1005 Rosecrans Street, Suite 202
San Diego, California 92166
tom@lawofficefb.com

Paul E. Deloughery, SBN 022410
SUDDEN WEALTH PROTECTION
LAW, PLLC
7600 N. 15th Street, Suite 150
Phoenix, Arizona 85020
paul@suddenwealthprotectionlaw.com
*Attorneys for Plaintiffs*

2

*<u>Certificate of Service</u>*

I hereby certify that on November 14, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew J. Ford, *pro hac vice*
David L. Selby, II, *pro hac vice*
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
mford@baileyglasser.com
dselby@baileyglasser.com

Thomas F. Friedberg, *pro hac vice*
FRIEDBERG & BUNGE
1005 Rosecrans Street, Suite 202
San Diego, California 92166
tom@lawofficefb.com

Paul E. Deloughery, SBN 022410
SUDDEN WEALTH PROTECTION LAW, PLLC
7600 N. 15th Street, Suite 150
Phoenix, Arizona 85020
paul@suddenwealthprotectionlaw.com

<u>/s/ John F. Weeks IV</u>
*Attorney for Taurus International Manufacturing, Inc.*